LAW OFFICE
OF
# B. ALAN SEIDLER
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

September 25, 2015

Hon. Leonard D. Wexler
United States District Judge
United States Courthouse
202 Federal Plaza
Central Islip, NY 11722-4454

    re: USA v. Gerald
       #13 cr 141 (LDW)

Dear Judge Wexler;

Attached is a sentencing letter from the son of Jamel Gerald.

Thank you.

Respectfully,

B. Alan Seidler

cc: J. Gerald

bas/ee

To: Honorable Judge

Xxx judge title

United States Federal Court

Jamel Gerald

The purpose of this letter is to provide character reference for Mr. Jamel Gerald whom is my father.

My father Jamel Gerald has played a tremendous role in my life. Although him and my mother were separated, he always cared and provided for me and my sister. My dad has instilled hard work and discipline into me and showed me the truth meaning of being a man.

I'm currently a student at SUNY Brockport and majoring in marketing with a minor in communications. I can attest that I would not be here if it was not for my father love of education. He introduced to me authors such as George Orville, Stephen King, and James Baldwin. My father showed me that being "strong" is more than a physical attribute, strong is the ability to deal with the death of your mother at 13 years old and continuing to love life. You can say a lot about my dad, but you can never say he doesn't love his children. He would travel to the depths of Hades itself, if it meant he could spend one day with his children.

*"You must not lose faith in humanity. Humanity is an ocean; if a few drops of the ocean are dirty, the ocean does not become dirty."* This quote from Gandhi is one of my father's favorite and is symbolic on his outlook on his life. Although my father made mistakes in his life, those mistake should not represent his total character. Jamel is a father, a brother, an uncle, a son, and most important of all he is a loved one. I felt it was my duty and responsibility to write this letter, not because Jamel is my father, but because I know the incredible human being he truly is. If you have any questions please don't hesitate to call me at (585-642-7152) or email me at (Lgerald49@gmail.com)

X _[signature]_

Lameec Gerald